# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

| Case No.: | 17-20571-BKC-AJC | Trustee Name: | (290830) Barry E. Mukamal |
| Case Name: | AVENTURA TOWNHOUSE, LLC | Date Filed (f) or Converted (c): | 08/21/2017 (f) |
|  |  | § 341(a) Meeting Date: | 09/27/2017 |
| For Period Ending: | 06/30/2019 | Claims Bar Date: | 12/26/2017 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 20936 NE 37 AVENUE, AVENTURA, FLORIDA 33180 | 668,500.00 | Unknown | | 50,000.00 | FA |
| | Forced placed insurance by the secured creditor | | | | | |
| 1 | Assets    Totals    (Excluding unknown values) | $668,500.00 | $0.00 | | $50,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

    Order Granting Trustee's Motion to (A) Approve Sale of Real Property, Free and Clear of Liens, Claims and Encumbrances; (B) Authorize Trustee to Enter into Contract for Sale of Real Property; and (C) Approve Payment of Commission to Broker(s) From Closing Proceeds Sell Re: # [51] Motion to Sell Free and Clear of Liens (ECF #63).

    Initial claims review complete.  Tax return will be filed, if required (The Debtor is a Single Member LLC).

    Court order approving employment of KapilaMukamal, LLP as Trustee's accountants (ECF #69).
    Order approving listing agreement and employment of Jason Welt as a real estate professional (ECF #25).
    Order Granting Application to Employ Zach B. Shelomith, Esq. as Trustee's counsel (ECF #9).

**Initial Projected Date Of Final Report (TFR):**     03/31/2019     **Current Projected Date Of Final Report (TFR):**     08/31/2019

07/31/2019                                                                                       /s/Barry E. Mukamal
    Date                                                                                    Barry E. Mukamal

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 17-20571-BKC-AJC | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | AVENTURA TOWNHOUSE, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5044 | Account #: | ******4400 Checking |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/13/19 | {1} | CASH ONLY HOUSESCOM, LLC | Carve-Out, Court ordered, ECF #65 | 1110-000 | 50,000.00 | | 50,000.00 |
| 03/27/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******1034 | Transition Debit to Metropolitan Commercial Bank acct 3910021034 | 9999-000 | | 50,000.00 | 0.00 |
| | | | **COLUMN TOTALS** | | **50,000.00** | **50,000.00** | **$0.00** |
| | | | Less: Bank Transfers/CDs | | 0.00 | 50,000.00 | |
| | | | **Subtotal** | | **50,000.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$50,000.00** | **$0.00** | |

{ } Asset Reference(s)                                                                                                           ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 17-20571-BKC-AJC | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | AVENTURA TOWNHOUSE, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5044 | Account #: | ******1034 Checking Account |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/27/19 | | Transfer Credit from Rabobank, N.A. acct ******4400 | Transition Credit from Rabobank, N.A. acct 5025624400 | 9999-000 | 50,000.00 | | 50,000.00 |
| | | | COLUMN TOTALS | | 50,000.00 | 0.00 | $50,000.00 |
| | | | Less: Bank Transfers/CDs | | 50,000.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{ } Asset Reference(s)                                                                                                                              ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-3

| | |
|---|---|
| **Case No.:** | 17-20571-BKC-AJC |
| **Case Name:** | AVENTURA TOWNHOUSE, LLC |
| **Taxpayer ID #:** | **-***5044 |
| **For Period Ending:** | 06/30/2019 |

| | |
|---|---|
| **Trustee Name:** | Barry E. Mukamal (290830) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******1034 Checking Account |
| **Blanket Bond (per case limit):** | $56,290,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $50,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $50,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4400 Checking | $50,000.00 | $0.00 | $0.00 |
| ******1034 Checking Account | $0.00 | $0.00 | $50,000.00 |
| | $50,000.00 | $0.00 | $50,000.00 |

07/31/2019
**Date**

/s/Barry E. Mukamal
**Barry E. Mukamal**