**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re: AVENTURA TOWNHOUSE, LLC  §  Case No. 17-20571-BKC-AJC
　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§
　　　Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

　　　Barry E. Mukamal, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $442,255.30 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $62,744.70 | | |

　　　3) Total gross receipts of $505,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $505,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,177,273.91 | $408,484.86 | $438,427.73 | $438,427.73 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $62,744.70 | $62,744.70 | $62,744.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $81,575.00 | $3,730.00 | $3,827.57 | $3,827.57 |
| **TOTAL DISBURSEMENTS** | $1,258,848.91 | $474,959.56 | $505,000.00 | $505,000.00 |

4) This case was originally filed under chapter 7 on 08/21/2017. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/05/2020                             By: /s/ Barry Mukamal
                                                                Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 20936 NE 37 AVENUE, AVENTURA, FLORIDA 33180 | 1110-000 | $505,000.00 |
| TOTAL GROSS RECEIPTS | | $505,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Payment of HOA Dues | 4110-002 | NA | $6,960.00 | $6,960.00 | $6,960.00 |
| | Payoff Secured Lien | 4110-002 | NA | $401,524.86 | $401,524.86 | $401,524.86 |
| 1 | Miami Dade County Tax Collector (Windley) | 4110-000 | NA | $0.00 | $0.00 | $0.00 |
| Excess | SELECT PORTFOLIO SERVICING, INC. | 4110-000 | NA | $0.00 | $29,942.87 | $29,942.87 |
| N/F | Wells Fargo, NA as trustee | 4110-000 | $1,177,273.91 | NA | NA | NA |
| | TOTAL SECURED | | $1,177,273.91 | $408,484.86 | $438,427.73 | $438,427.73 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Barry Mukamal | 2100-000 | NA | $5,750.00 | $5,750.00 | $5,750.00 |
| Trustee, Expenses - Barry Mukamal | 2200-000 | NA | $13.22 | $13.22 | $13.22 |
| Accountant for Trustee, Fees - KapilaMukamal, LLP | 3310-000 | NA | $1,538.00 | $1,538.00 | $1,538.00 |
| Accountant for Trustee, Expenses - KapilaMukamal, LLP | 3320-000 | NA | $7.30 | $7.30 | $7.30 |
| Charges, U.S. Bankruptcy Court | 2700-002 | NA | $3,030.00 | $3,030.00 | $3,030.00 |
| Costs re Sale of Property - Closing Fee & Estoppel Request | 2500-002 | NA | $1,365.00 | $1,365.00 | $1,365.00 |
| Costs re Sale of Property - Recording Fee | 2500-002 | NA | $120.00 | $120.00 | $120.00 |
| Other State or Local Taxes (post-petition) - 2018 Post-Petition Property Taxes | 2820-002 | NA | $10,184.70 | $10,184.70 | $10,184.70 |
| Other State or Local Taxes (post-petition) - 2019 Post-Petition Property Taxes | 2820-002 | NA | $1,515.44 | $1,515.44 | $1,515.44 |
| Attorney for Trustee Fees (Other Firm) - Leiderman Shelomith Alexander + Somodevilla PLLC | 3210-000 | NA | $8,609.50 | $8,609.50 | $8,609.50 |
| Attorney for Trustee Expenses (Other Firm) - Leiderman Shelomith Alexander + Somodevilla PLLC | 3220-000 | NA | $311.54 | $311.54 | $311.54 |
| Realtor for Trustee Expenses - Realtor Commissions | 3520-002 | NA | $30,300.00 | $30,300.00 | $30,300.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $62,744.70 | $62,744.70 | $62,744.70 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None ||||||||

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Aventura Townhouse, LLC Golden Pointe Homeowners Association c/o United Community Management | 7100-000 | $1,575.00 | $1,595.00 | $1,595.00 | $1,595.00 |
| 2I | Aventura Townhouse, LLC Golden Pointe Homeowners Association c/o United Community Management | 7990-000 | NA | NA | $41.72 | $41.72 |
| 3 | Alan E. Greenfield, P.A. c/o Alan E. Greenfield, Esq. | 7100-000 | $80,000.00 | $2,135.00 | $2,135.00 | $2,135.00 |
| 3I | Alan E. Greenfield, P.A. c/o Alan E. Greenfield, Esq. | 7990-000 | NA | NA | $55.85 | $55.85 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$81,575.00** | **$3,730.00** | **$3,827.57** | **$3,827.57** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8  
Page: 1

| Case No.: | 17-20571-BKC-AJC | Trustee Name: | (290830) Barry E. Mukamal |
|---|---|---|---|
| Case Name: | AVENTURA TOWNHOUSE, LLC | Date Filed (f) or Converted (c): | 08/21/2017 (f) |
| | | § 341(a) Meeting Date: | 09/27/2017 |
| For Period Ending: | 03/05/2020 | Claims Bar Date: | 12/26/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  20936 NE 37 AVENUE, AVENTURA, FLORIDA 33180  Forced placed insurance by the secured creditor | 668,500.00 | Unknown | | 505,000.00 | FA |
| **1  Assets Totals (Excluding unknown values)** | **$668,500.00** | **$0.00** | | **$505,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Order Granting Trustee's Motion to (A) Approve Sale of Real Property, Free and Clear of Liens, Claims and Encumbrances; (B) Authorize Trustee to Enter into Contract for Sale of Real Property; and (C) Approve Payment of Commission to Broker(s) From Closing Proceeds Sell Re: # [51] Motion to Sell Free and Clear of Liens (ECF #63).

Initial claims review complete.  Tax return will be filed, if required (The Debtor is a Single Member LLC).

Court order approving employment of KapilaMukamal, LLP as Trustee's accountants (ECF #69).  
Order approving listing agreement and employment of Jason Welt as a real estate professional (ECF #25).  
Order Granting Application to Employ Zach B. Shelomith, Esq. as Trustee's counsel (ECF #9).

**Initial Projected Date Of Final Report (TFR):** 03/31/2019   **Current Projected Date Of Final Report (TFR):** 08/02/2019 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 17-20571-BKC-AJC | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | AVENTURA TOWNHOUSE, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***5044 | Account #: | ******4400 Checking |
| For Period Ending: | 03/05/2020 | Blanket Bond (per case limit): | $52,222,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/13/19 | | CASH ONLY HOUSESCOM, LLC | Carve-Out, Court ordered, ECF #65 | | 50,000.00 | | 50,000.00 |
| | {1} | | Sale Proceeds $505,000.00 | 1110-000 | | | |
| | | Select Portfolio Servicing Inc | Payoff Secured Lien -$401,524.86 | 4110-002 | | | |
| | | Jason A. Welt | Realtor Commissions -$30,300.00 | 3520-002 | | | |
| | | Simplifile | Recording Fee -$120.00 | 2500-002 | | | |
| | | Miami-Dade Tax Collector | 2018 Post-Petition Property Taxes -$10,184.70 | 2820-002 | | | |
| | | Miami-Dade County Clerk | Document Stamp Tax -$3,030.00 | 2700-002 | | | |
| | | Alan E. Greenfield PA | Payment of HOA Dues -$6,960.00 | 4110-002 | | | |
| | | Leiderman Shelmith Alexander + Somodevilla PLLC | Closing Fee & Estoppel Request -$1,365.00 | 2500-002 | | | |
| | | Miami-Dade Tax Collector | 2019 Post-Petition Property Taxes -$1,515.44 | 2820-002 | | | |
| 03/27/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******1034 | Transition Debit to Metropolitan Commercial Bank acct 3910021034 | 9999-000 | | 50,000.00 | 0.00 |
| | | **COLUMN TOTALS** | | | 50,000.00 | 50,000.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 50,000.00 | |
| | | **Subtotal** | | | 50,000.00 | 0.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$50,000.00** | **$0.00** | |

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 17-20571-BKC-AJC | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | AVENTURA TOWNHOUSE, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5044 | Account #: | ******1034 Checking Account |
| For Period Ending: | 03/05/2020 | Blanket Bond (per case limit): | $52,222,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/27/19 |  | Transfer Credit from Rabobank, N.A. acct ******4400 | Transition Credit from Rabobank, N.A. acct 5025624400 | 9999-000 | 50,000.00 |  | 50,000.00 |
| 10/11/19 | 1000 | SELECT PORTFOLIO SERVICING, INC. | Distribution payment - Dividend paid at 100.00% of $29,942.87; Claim # Excess; Filed: $0.00 Stopped on 12/16/2019 | 4110-000 |  | 29,942.87 | 20,057.13 |
| 10/11/19 | 1001 | Barry Mukamal | Combined trustee compensation & expense dividend payments. |  |  | 5,763.22 | 14,293.91 |
|  |  | Barry Mukamal | Claims Distribution - Fri, 08-02-2019                 $5,750.00 | 2100-000 |  |  |  |
|  |  | Barry Mukamal | Claims Distribution - Fri, 08-02-2019                 $13.22 | 2200-000 |  |  |  |
| 10/11/19 | 1002 | Leiderman Shelomith Alexander + Somodevilla PLLC | Distribution payment - Dividend paid at 100.00% of $8,609.50; Claim # ; Filed: $8,609.50 | 3210-000 |  | 8,609.50 | 5,684.41 |
| 10/11/19 | 1003 | Leiderman Shelomith Alexander + Somodevilla PLLC | Distribution payment - Dividend paid at 100.00% of $311.54; Claim # ; Filed: $311.54 | 3220-000 |  | 311.54 | 5,372.87 |
| 10/11/19 | 1004 | KapilaMukamal, LLP | Distribution payment - Dividend paid at 100.00% of $1,538.00; Claim # ; Filed: $1,538.00 | 3310-000 |  | 1,538.00 | 3,834.87 |
| 10/11/19 | 1005 | KapilaMukamal, LLP | Distribution payment - Dividend paid at 100.00% of $7.30; Claim # ; Filed: $7.30 | 3320-000 |  | 7.30 | 3,827.57 |
| 10/11/19 | 1006 | Aventura Townhouse, LLC Golden Pointe Homeowners Association c/o United Community Management | Distribution payment - Dividend paid at 100.00% of $1,595.00; Claim # 2; Filed: $1,595.00 | 7100-000 |  | 1,595.00 | 2,232.57 |
| 10/11/19 | 1007 | Aventura Townhouse, LLC Golden Pointe Homeowners Association c/o United Community Management | Distribution payment - Dividend paid at 100.00% of $41.72; Claim # 2I; Filed: $41.72 | 7990-000 |  | 41.72 | 2,190.85 |
| 10/11/19 | 1008 | Alan E. Greenfield, P.A. c/o Alan E. Greenfield, Esq. | Distribution payment - Dividend paid at 100.00% of $2,135.00; Claim # 3; Filed: $2,135.00 | 7100-000 |  | 2,135.00 | 55.85 |
| 10/11/19 | 1009 | Alan E. Greenfield, P.A. c/o Alan E. Greenfield, Esq. | Distribution payment - Dividend paid at 100.00% of $55.85; Claim # 3I; Filed: $55.85 | 7990-000 |  | 55.85 | 0.00 |
| 12/16/19 | 1000 | SELECT PORTFOLIO SERVICING, INC. | Distribution payment - Dividend paid at 100.00% of $29,942.87; Claim # Excess; Filed: $0.00 Stopped: check issued on 10/11/2019 | 4110-000 |  | -29,942.87 | 29,942.87 |
| 01/17/20 | 1010 | SELECT PORTFOLIO SERVICING, INC. | Loan No. ******9064. Distribution payment, surplus funds. | 4110-000 |  | 29,942.87 | 0.00 |
|  |  | **COLUMN TOTALS** |  |  | 50,000.00 | 50,000.00 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 50,000.00 | 0.00 |  |
|  |  | **Subtotal** |  |  | 0.00 | 50,000.00 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$0.00** | **$50,000.00** |  |

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)                                      ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page:   3

| | |
|---|---|
| **Case No.:** | 17-20571-BKC-AJC |
| **Case Name:** | AVENTURA TOWNHOUSE, LLC |
| **Taxpayer ID #:** | **-***5044 |
| **For Period Ending:** | 03/05/2020 |

| | |
|---|---|
| **Trustee Name:** | Barry E. Mukamal (290830) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******1034 Checking Account |
| **Blanket Bond (per case limit):** | $52,222,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $50,000.00 |
| Plus Gross Adjustments: | $455,000.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $455,000.00 |
| Net Estate: | $50,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4400 Checking | $50,000.00 | $0.00 | $0.00 |
| ******1034 Checking Account | $0.00 | $50,000.00 | $0.00 |
| | **$50,000.00** | **$50,000.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)